THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AQUEOS CORPORATION, a California corporation,<br><br>                  Plaintiff,<br>   v.<br><br>OS3, S de R.L. de CV, a Mexican variable capital limited liability company,<br><br>                  Defendant. | CASE NO. C18-1694-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and related case management dates. (Dkt. No. 21.) Having considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The jury trial is continued to May 26, 2020;
2. Pre-trial orders must be filed by May 16, 2020;
3. The 39.1 mediation must be completed by October 4, 2019 (no change);
4. Trial briefs must be submitted by May 22, 2020;
5. Proposed voir dire/jury instructions must be submitted by May 22, 2020;
6. Discovery must be completed by January 27, 2020;

MINUTE ORDER
C18-1694-JCC
PAGE - 1

1    7. Dispositive motions must be filed by February 26, 2020.

2    DATED this 16th day of September 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk