THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AQUEOS CORPORATION, a California corporation,<br><br>                 Plaintiff,<br>    v.<br><br>OS3, S. DE R.L. DE C.V., a Mexican variable limited liability company,<br><br>                 Defendant. | CASE NO. C18-1694-JCC<br><br>MINUTE ORDER |

      The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

      DATED this 24th day of January 2020

                                                     William M. McCool
                                                     Clerk of Court

                                                     s/Tomas Hernandez
                                                     Deputy Clerk